Terrence M. Jones (SBN 256603)
JonesTM@ballardspahr.com
Taylor Steinbacher (SBN 285335)
steinbachert@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4340
Facsimile: 424.204.4350

Of Counsel:
Martin C. Bryce, Jr. (P.A. SBN. 59409)
bryce@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8238
Facsimile:  215.864.8999

Attorneys for Defendants
   Alliance Data Systems Corporation
   and Comenity Bank F/K/A World
   Financial Network National Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA EX REL., ERIC L. HERYFORD DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, COMENITY BANK F/K/A WORLD FINANCIAL NETWORK NATIONAL BANK, AND DOES I-XX,<br><br>Defendants. | Case No. 2:15-CV-02343-GEB-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT UNTIL AFTER RULING ON MOTION TO REMAND** |

Plaintiff, the People of the State of California ex rel. Eric L. Heryford, District Attorney, Trinity County ("Plaintiff") and Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank (collectively, "Defendants"), by an through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on September 28, 2015, Plaintiff filed his Complaint in the Superior Court of the State of California, Trinity County, naming Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank, among others, as Defendants;

WHEREAS, on October 12, 2015, Defendants were served with the Complaint;

WHEREAS, on November 11, 2015, Defendants filed a Notice of Removal in this Court, removing the action from the Superior Court;

WHEREAS, Defendants' response to the Complaint is due by no later than November 18, 2015, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C);

WHEREAS, Plaintiff intends to file a Motion to Remand this case to the Trinity County Superior Court, and this Stipulation is made without prejudice to such remand motion;

WHEREAS, the parties agree that it would be advantageous to receive the Court's ruling on Plaintiff's Motion to Remand before Defendants file their responsive pleading;

WHEREAS, Defendants are amendable to filing their response to the Complaint within ten (10) days of the Court's ruling on Plaintiff's Motion to Remand;

WHEREAS, no trial date has been set in this matter than there is no prejudice occasioned by allowing Defendants to file their responsive pleading shortly after the Court's ruling on Plaintiff's Motion to Remand;

WHEREAS, no previous extensions of time have been granted for Defendants to file their responsive pleading;

ACCORDINGLY, the parties hereby stipulate that Defendants' responsive pleading will be due by no later than ten (10) days after the Court issues its ruling on Plaintiff's Motion to Remand.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  November 18, 2015 | Terrence M. Jones |
| 2 | | Taylor Steinbacher |
| | | Martin C. Bryce, Jr. |
| 3 | | BALLARD SPAHR LLP |

By: ___/s/ Taylor Steinbacher___
Taylor Steinbacher

Attorneys for Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank

DATED:  November 18, 2015

Eric L. Heryford
Trinity County District Attorney

By: ___/s/ Eric L. Heryford (as authorized on 11/18/2015)___
Eric L. Heryford

Trinity County District Attorney.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

DMEAST #23403789 v1

3

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT UNTIL AFTER RULING ON MOTION TO REMAND**

**[PROPOSED] ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ORDERED:

1.  Defendants may file their responsive pleading within ten (10) days of the Court's ruling on Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

**Dated:  January 6, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400