Terrence M. Jones (SBN 256603)
JonesTM@ballardspahr.com
Taylor Steinbacher (SBN 285335)
steinbachert@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4340
Facsimile: 424.204.4350

Of Counsel:
Martin C. Bryce, Jr. (*Pro Hac Vice*)
bryce@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8238
Facsimile:  215.864.8999

Attorneys for Defendants
   Alliance Data Systems Corporation
   and Comenity Bank F/K/A World
   Financial Network National Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA EX REL., ERIC L. HERYFORD DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, COMENITY BANK F/K/A WORLD FINANCIAL NETWORK NATIONAL BANK, AND DOES I-XX,<br><br>Defendants. | Case No. 2:15-CV-02343-TLN-EFB<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS' RESPONSE THERETO** |

Plaintiff, the People of the State of California ex rel. Eric L. Heryford, District Attorney, Trinity County ("Plaintiff") and Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank (collectively, "Defendants"), by an through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on September 28, 2015, Plaintiff filed his Complaint in the Superior Court of the State of California, Trinity County, naming Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank, among others, as Defendants;

WHEREAS, on October 12, 2015, Defendants were served with the Complaint;

WHEREAS, on November 11, 2015, Defendants filed a Notice of Removal in this Court, removing the action from the Superior Court;

WHEREAS, Plaintiff filed his Motion to Remand this case to the Trinity County Superior Court on December 11, 2015;

WHEREAS, on January 7, 2016, the Court approved the parties' Stipulation providing that Defendants would have ten (10) days from the Court's decision on the Motion to Remand within which to respond to the Complaint assuming this matter had not been remanded;

WHEREAS, on January 20, 2016, Plaintiff filed his Notice of Withdrawal of Motion to Remand which withdrew the Remand Motion and stated an intent to amend the Complaint;

WHEREAS, the parties agree that it would be advantageous for Plaintiff to first amend his Complaint before Defendants file their responsive pleading;

WHEREAS, Plaintiff is amenable to filing his Amended Complaint on or before February 5, 2016;

WHEREAS, Defendants are amendable to filing their response to the Amended Complaint on or before February 26, 2016 and this stipulation is made without prejudice to that response;

WHEREAS, no trial date has been set in this matter than there is no prejudice occasioned by allowing Defendants to file their responsive pleading after the filing of the Amended Complaint;

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

ACCORDINGLY, the parties hereby stipulate that Plaintiff shall file his Amended Complaint on or before February 5, 2016 and Defendants shall file their response thereto on or before February 26, 2016.

**IT IS SO STIPULATED.**

DATED: January 29, 2016					Terrence M. Jones
							Taylor Steinbacher
							Martin C. Bryce, Jr.
							BALLARD SPAHR LLP


							By: /s/ Taylor Steinbacher
							         Taylor Steinbacher

							Attorneys for Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank


DATED: January 29, 2016					Eric L. Heryford
							Trinity County District Attorney


							By: /s/ Eric L. Heryford (as authorized on 01/29/2016)
							         Eric L. Heryford

							Trinity County District Attorney

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. Plaintiff shall file his Amended Complaint on or before February 5, 2016; and
2. Defendants shall file their responsive pleading on or before February 26, 2016.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
Troy L. Nunley
United States District Judge