Terrence M. Jones (SBN 256603)
JonesTM@ballardspahr.com
Taylor Steinbacher (SBN 285335)
steinbachert@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4340
Facsimile: 424.204.4350

Of Counsel:
Martin C. Bryce, Jr. (*Pro Hac Vice*)
bryce@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8238
Facsimile:  215.864.8999

Attorneys for Defendants
  Alliance Data Systems Corporation
  and Comenity Bank F/K/A World
  Financial Network National Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA EX REL., ERIC L. HERYFORD DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, COMENITY BANK F/K/A WORLD FINANCIAL NETWORK NATIONAL BANK, AND DOES I-XX,<br><br>Defendants. | Case No. 2:15-CV-02343-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |

Plaintiff, the People of the State of California ex rel. Eric L. Heryford, District Attorney, Trinity County ("Plaintiff") and Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank (collectively, "Defendants"), by and through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on September 28, 2015, Plaintiff filed his Complaint in the Superior Court of the State of California, Trinity County, naming Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank, among others, as Defendants;

WHEREAS, on November 11, 2015, Defendants filed a Notice of Removal in this Court, removing the action from the Superior Court;

WHEREAS, on February 5, 2016, Plaintiff filed a First Amended Complaint in this matter;

WHEREAS, on February 25, 2016, Defendants filed a Motion to Dismiss the Amended Complaint, or in the Alternative, Motion to Strike;

WHEREAS, on March 23, 2016, the parties stipulated that Plaintiff may file a Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), in lieu of filing an Opposition to Defendants' Motion to Dismiss;

WHEREAS, on March 23, 2016, Plaintiff filed a Second Amended Complaint;

WHEREAS, Defendants' response to the Second Amended Complaint is due by no later than April 6, 2016, pursuant to Federal Rule of Civil Procedure 15(a)(3);

WHEREAS, Plaintiffs are amenable to allowing a Defendants a brief extension of time to review and respond to the allegations and claims in the newly-filed Second Amended Complaint, and Defendants request such an extension;

WHEREAS, no trial date has been set in this matter and there is no prejudice occasioned by allowing Defendants a brief extension of time to respond to the newly-filed Second Amended Complaint;

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

ACCORDINGLY, the parties hereby stipulate that Defendants shall file their response to Plaintiff's Second Amended Complaint on or before April 22, 2016.

**IT IS SO STIPULATED.**

DATED: March 25, 2016

Terrence M. Jones
Taylor Steinbacher
Martin C. Bryce, Jr.
BALLARD SPAHR LLP

By: /s/ Taylor Steinbacher
Taylor Steinbacher

Attorneys for Defendants Alliance Data Systems Corporation and Comenity Bank f/k/a World Financial Network National Bank

DATED: March 25, 2016

Roland Tellis
BARON & BUDD, P.C.

By: /s/ Roland Tellis (as authorized on 03/25/2016)
Roland Tellis

Attorneys for Plaintiff Eric L. Heryford, District Attorney, Trinity County

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMEAST #24751905 v2

3

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. Defendants shall file their response to Plaintiff's Second Amended Complaint on or before April 22, 2016

**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
Troy L. Nunley
United States District Judge

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400