ERIC L. HERYFORD (SBN 169931)
TRINITY COUNTY DISTRICT ATTORNEY
Post Office Box 310
Weaverville, California 96093
Telephone: (530) 623-1304/Fax: (530) 623-8346
eheryford@trinitycounty.org

ROLAND TELLIS (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone: (818) 839-2333/Fax: (818) 986-9698
rtellis@baronbudd.com

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 138902)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111/Fax: (916) 567-1112
kirk@cwclawfirm.com

RICHARD M. GOLOMB
KENNETH J. GRUNFELD
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215) 985-9177/Fax: (215) 985-4169
rgolomb@golombhonik.com

Attorneys for Plaintiff
THE STATE OF CALIFORNIA *EX REL.* DISTRICT ATTORNEY, TRINITY COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA *EX REL.*, ERIC L. HERYFORD, DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br>vs.<br><br>ALLIANCE DATA SYSTEMS CORPORATION AND COMENITY BANK F/K/A WORLD FINANCIAL NETWORK NATIONAL BANK,<br>Defendants. | Case Number: 2:15-cv-02343-TLN-EFB<br><br>**STIPULATION AND ORDER RESETTING HEARING FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE** |

Plaintiff, the People of the State of California *ex rel*. Eric L. Heryford, District Attorney, Trinity County ("Plaintiff") and Defendants Alliance Data Systems Corporation and Comenity Bank F/K/A World Financial Network National Bank (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 22, 2016, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint, or in the alternative, Motion to Strike (hereinafter "Motion"). *See* Doc. 31.

WHEREAS, Defendants' noticed their Motion for hearing on July 14, 2016 at 2:00 p.m. in Courtroom 2.

WHEREAS, on April 25, 2016, the parties agreed to reset the Motion hearing for an earlier date.

ACCORDINGLY, the parties hereby stipulate that the hearing for Defendants' Motion, which is currently set for July 14, 2016 at 2:00 p.m. in Courtroom 2, shall be reset for June 30, 2016 at 2:00 p.m. in Courtroom 2.

**IT IS SO STIPULATED.**

Date: April 28, 2016

By: /s/ Roland Tellis
ROLAND TELLIS (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Tel.: (818) 839-2320/Fax: (818) 986-9698
rtellis@baronbudd.com

ERIC L. HERYFORD (SBN 169931)
TRINITY COUNTY DISTRICT ATTORNEY
Post Office Box 310
Weaverville, California 96093
Tel.: (530) 623-1304/Fax: (530) 623-8346
eheryford@trinitycounty.org

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Blvd., Ste. 602
Sacramento, CA 95815
Tel.: (916) 567-1111/Fax: (916) 567-1112
kirk@cwclawfirm.com

|   |   |
|---|---|
|   | RICHARD GOLOMB<br>KENNETH J. GRUNFELD<br>GOLOMB & HONIK, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: (215) 989-4381/Fax: (215) 985-4169 |
|   | Attorneys for Plaintiff |
| Date: April 28, 2016 | By: /s/ Taylor Steinbacher<br>TERRENCE M. JONES (SBN 256603)<br>JonesTM@ballardspahr.com<br>TAYLOR STEINBACHER (SBN 285335)<br>steinbachert@ballardspahr.com<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Telephone: 424.204.4340<br>Facsimile: 424.204.4350 |
|   | Of Counsel:<br>MARTIN C. BRYCE, JR. (P.A. SBN 59409)<br>bryce@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: 215.864.8238<br>Facsimile: 215.864.8999 |
|   | Attorneys for Defendants Alliance Data Systems Corporation and Comenity Bank F/K/A World Financial Network National Bank |

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. The hearing for Defendants' Motion, which is currently set for July 14, 2016 at 2:00 p.m. in Courtroom 2, shall be reset for June 30, 2016 at 2:00 p.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
Troy L. Nunley
United States District Judge