1  ROLAND TELLIS (SBN 186269)
2  BARON & BUDD, P.C.
   15910 Ventura Boulevard, Suite 1600
3  Encino, California 91436
4  Telephone: (818) 839-2333/Fax: (818) 986-9698

5  KIRK J. WOLDEN (SBN 138902)
   CLIFFORD L. CARTER (SBN 149621)
6  CARTER WOLDEN CURTIS, LLP
7  1111 Exposition Boulevard, Suite 602
   Sacramento, California 95815
8  Telephone: (916)567-1111/Fax: (916)567-1112

9  RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
   KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
10 GOLOMB & HONIK, P.C.
11 1515 Market Street, Suite 1100
   Philadelphia, Pennsylvania 19102
12 Telephone: (215)985-9177/Fax: (215)985-4169

13 Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA *EX REL.,* ERIC L. HERYFORD, DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, et al.,<br><br>Defendant. | Case No.: 2:15-cv-02343-TLN-EFB<br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN AMENDED COMPLAINT**<br><br>Hon. Troy L. Nunley |

**WHEREAS** the Court granted Defendant's motion to dismiss on June 26, 2018 and ordered Plaintiff to file an amended complaint within thirty days;

**WHEREAS** on June 1, 2018, Governor of California Jerry Brown appointed Plaintiff Trinity County District Attorney Eric Heryford as a judge of the Superior Court of California, Trinity County;

**WHEREAS** Plaintiff's counsel requests a short extension of the deadline to amend in order to allow for the appointment of the new District Attorney and time to confer with her regarding the litigation;

**IT IS HEREBY STIPULATED AND AGREED,** subject to approval by the Court, by and among Plaintiffs The People of the State of California *Ex Rel.*, Eric L. Heryford, District Attorney, Trinity County (hereinafter "Plaintiffs") on the one side and Defendant Alliance Data Systems Corporation (hereinafter "Defendant"), on the other, by and through their undersigned counsel, that Plaintiffs and Defendant have agree to extend the time in which Plaintiffs have to an Amended Complaint. The deadline to file an Amended Complaint shall be up to and including September 24, 2018.

| Dated: July 13, 2018 | BARON & BUDD, P.C.<br><br>By: /s/Roland Tellis<br>　　Roland Tellis<br>Roland Tellis (SBN 186269)<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, California 91436<br>Telephone: (818) 839-2333/Fax: (818) 986-9698 |
|---|---|

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916)567-1111/Fax: (916)567-1112

RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215)985-9177/Fax: (215)985-4169

Attorneys For Plaintiff
Eric L. Heryford, in his Capacity as District Attorney, Trinity County

Dated: July 13, 2018    BALLARD SPAHR LLP

By:  /s/Taylor Steinbacher

Taylor Robert Steinbacher
steinbachert@ballardspahr.com
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067

Martin C. Bryce, Jr.
Bryce@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attorneys for Defendant ALLIANCE DATA SYSTEMS CORPORATION

<u>Local Rule 131 Attestation</u>

I attest that Counsel at Morrison and Foerster LLP concur in this filing's content and has authorized the filing.

Dated: July 13, 2018    By:  /s/Roland Tellis
Roland Tellis

# **ORDER**

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that deadline for Plaintiff to file an Amended Complaint is extended to September 24, 2018.

Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge